1

**P O R T E R | S C O T T**

2

A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494

3

cfessenden@porterscott.com
Matthew R. Mendoza, SBN 344482

4

mmendoza@porterscott.com
2180 Harvard Street, Suite 500

5

Sacramento, California 95815
TEL: 916.929.1481

6

FAX: 916.927.3706

7

Attorneys for Defendants

8

COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT
JONES, DYLAN BLACK, SHEA LUKES, and DARIO BARRON

9

*Exempt from Filing Fees Pursuant to Government Code § 6103*

10

Mark E. Merin

11

Paul H. Masuhara
**LAW OFFICE OF MARK E. MERIN**

12

1010 F Street, Suite 300
Sacramento, CA 95814

13

TEL: 916.443.6911
FAX: 916.447.8336

14

Attorneys for Plaintiff SALVADOR GARCIA, JR.

15

16

UNITED STATES DISTRICT COURT,

17

EASTERN DISTRICT OF CALIFORNIA

18

SALVADOR GARCIA, JR.,

CASE NO.  2:23-CV-00899-DAD-CSK

19

            Plaintiff,

**STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL**

20

21

v.

22

COUNTY OF SACRAMENTO,
SACRAMENTO COUNTY SHERIFF'S

SAC Filed: 08/06/2024
FAC Filed: 12/08/2023
Complaint Filed:  05/12/2023

23

DEPARTMENT, SCOTT JONES, DOE 1,
and DOE 2,

24

25

            Defendants.

26

_____/

27

28

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SALVADOR GARCIA, JR and Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES, DYLAN BLACK, SHEA LUKES, and DARIO BARRON, by and through their counsel of record that this action be dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

Dated:  December 26, 2024                     PORTER SCOTT
                                             A PROFESSIONAL CORPORATION

                                             By  /s/Carl L. Fessenden_____
                                                     Carl L. Fessenden
                                                     Matthew R. Mendoza
                                                     Attorneys for Defendants

Dated: December 26, 2024                      LAW OFFICE OF MARK E. MERIN

                                             By /s/Paul Masuhara (Authorized on 12/23/24)
                                                     Mark E. Merin
                                                     Paul Masuhara
                                                     Attorneys for Plaintiff

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated:_____          _____
                                             United States District Court Judge
                                             Eastern District of California

2

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

4899-2010-3946, v. 1